IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TERESA TURNER-PORCHIA                                                                 PLAINTIFF

v.                                          CIVIL NO. 1:20-cv-1003-MEF

ANDREW SAUL, Commissioner,
Social Security Administration                                                        DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff, Teresa Turner-Porchia, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security Administration (the "Commissioner").  (ECF No. 2).  On October 19, 2020, Plaintiff filed a Motion to Dismiss stating she no longer wishes to prosecute the suit.  (ECF No. 17).  Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case without prejudice.

DATED this 19th day of October, 2020.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE