IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TERESA TURNER-PORCHIA                                                    PLAINTIFF

      v.                          CIVIL NO. 1:20-cv-1003-MEF

ANDREW SAUL, Commissioner,
Social Security Administration                                           DEFENDANT

## <u>JUDGMENT</u>

For the reasons stated in the Court's Memorandum Opinion an Order, Plaintiff's Motion to Dismiss (ECF No. 18) is hereby GRANTED, and the Plaintiff's Complaint is dismissed without prejudice.

IT IS SO ORDERED on this 19th day of October, 2020.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE